# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| S3G TECHNOLOGY LLC,<br><br>Plaintiff,<br><br>v.<br><br>URBAN COMPASS, INC., dba COMPASS,<br><br>Defendant. | Case No. 6:20-cv-00848<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL

Plaintiff S3G Technology LLC, pursuant to Fed. R. Civ. P. 41(a)(1), hereby dismisses all claims between Plaintiff and Defendant Urban Compass, Inc., dba Compass, WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

DATED: November 20, 2020

Respectfully Submitted,

By: */s/ Charles Ainsworth*

Charles Ainsworth
State Bar No. 00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
903/531-3535
903/533-9687
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

**CERTIFICATE OF SERVICE**

       I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 20th day of November, 2020, with a copy of the document via the Court's CM/ECV system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                     */s/ Charles Ainsworth*
                                     Charles Ainsworth